IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Felton, Davina

Printed: 03/24/09

Case Number:  06 B 02571

Judge:  Goldgar, A. Benjamin

Filed:  3/16/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  January 20, 2009
Confirmed:  May 16, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,618.05 |  |
| Secured: |  | 88.73 |
| Unsecured: |  | 215.43 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,159.00 |
| Trustee Fee: |  | 146.32 |
| Other Funds: |  | 8.57 |
| Totals: | 2,618.05 | 2,618.05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 2,159.00 | 2,159.00 |
| 2. | Aronson Furniture Company | Secured | 88.73 | 88.73 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 226.60 | 0.00 |
| 4. | Premier Bankcard | Unsecured | 43.56 | 0.00 |
| 5. | United States Dept Of Education | Unsecured | 447.75 | 82.26 |
| 6. | Aronson Furniture Company | Unsecured | 173.01 | 31.78 |
| 7. | Peoples Energy Corp | Unsecured | 551.89 | 101.39 |
| 8. | First Premier | Unsecured |  | No Claim Filed |
| 9. | Professional Account Management | Unsecured |  | No Claim Filed |
| 10. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 11. | Santa Barbara Bank & Trust | Unsecured |  | No Claim Filed |
| 12. | Fingerhut | Unsecured |  | No Claim Filed |
| 13. | Wix Auto Company | Unsecured |  | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 15. | FCNB Master Trust | Unsecured |  | No Claim Filed |
|  |  |  | $ 3,690.54 | $ 2,463.16 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 20.13 |
| 4.8% | 19.29 |
| 5.4% | 52.35 |
| 6.5% | 39.33 |
| 6.6% | 15.22 |
|  | $ 146.32 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Felton, Davina

Printed: 03/24/09

Case Number:  06 B 02571

Judge:  Goldgar, A. Benjamin

Filed:  3/16/06

Based on the above information, the trustee requests that the court enter an order discharging
the trustee, releasing the trustee's surety from liability for actions relating to the above
proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: